Order filed August 21, 2018



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00440-CV
_____

**ROEL SAENZ-GUERRERO, Appellant**

**V.**

**JERRY GARDNER, Appellee**

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2016-54364**

---

## ORDER

This is an appeal from a judgment signed May 1, 2018. The notice of appeal was filed on May 24, 2018. The filing fee has been paid, and the reporter's record has been filed.

However, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record. On July 11, 2018, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record.

Accordingly, the court **ORDERS** as follows:

Appellant is ordered to provide proof to this court of payment for the clerk's record on or before **September 5, 2018**. *See* Tex. R. App. P. 37.3(b). If appellant fails to timely provide such proof in accordance with this order, the appeal will be dismissed.

PER CURIAM